ACCEPTED
01-15-00375-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 1:08:19 PM
CHRISTOPHER PRINE
CLERK

# CAUSE NO. 01-15-00375-CV

_____

IN THE FIRST COURT OF APPEALS IN HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 1:08:19 PM
CHRISTOPHER A. PRINE
Clerk

_____

LOST CREEK VENTURES, LLC D/B/A HAPPY BULLDOG MANAGEMENT; STEPHAN EPSTEIN, AND MARILYN ROTH EPSTEIN,

Appellants,

v.

ALAN PILGRIM,

Appellee.

_____

On Appeal from the County Court at Law No. 2 in Travis County, Texas
Transferred from the Third Court of Appeals in Austin, Texas

_____

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

_____

Tracy J. Willi
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

ATTORNEY FOR LOST CREEK VENTURES, LLC D/B/A HAPPY BULLDOG MANAGEMENT; STEPHAN EPSTEIN, AND MARILYN ROTH EPSTEIN

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

Happy Bulldog Management; Stephan Epstein, and Marilyn Roth Epstein, Appellants, filed this First Unopposed Motion for Extension of Time to File Appellants' Brief and would show this Court as follows.

The trial court in this case entered judgment on November 10, 2014. This is the first motion for extension of time filed in this appeal. Appellants' Brief is currently due on June 1, 2015.

The Appellants have paid for the Clerk's Record and that record was filed on April 24, 2015. The Appellants have been struggling to come up with funding to pay for the Reporter's Record. On May 27, 2015, Appellants sent a check to the Court Reporter for the full amount due, $1,639.00. Appellants wish to proceed with this appeal after the filing of the Reporter's Record.

Appellants request an extension of time to **July 1, 2015** to file the Appellants' Brief. Appellants are hopeful that the Reporter's Record will be completed and filed in time to allow the record to be reviewed and to permit the drafting of the brief by the time. This motion is filed not for delay but so that justice can be done.

Respectfully submitted,


/s/ Tracy J. Willi
Tracy J. Willi
Texas Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

ATTORNEY FOR LOST CREEK
VENTURES, LLC D/B/A HAPPY
BULLDOG MANAGEMENT; STEPHAN
EPSTEIN, AND MARILYN ROTH
EPSTEIN

3

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with opposing counsel, Jason Snell, and he is not opposed to this motion.

/s/ Tracy J. Willi
Tracy J. Willi

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that this document was filed with Clerk of Court through the Court's electronic filing system ("efs") and served on all counsel of record through efs or, if counsel is not registered for efs, then by email on June 2, 2015 as follows:

Jason W. Snell
The Snell Law Firm, PLLC
The Littlefield Building
106 E. 6th St., Suite 330
Austin, TX 78701
(512) 477-5291
(512) 477-5294 (fax)
jsnell@snellfirm.com

COUNSEL FOR APPELLEE, ALAN PILGRIM

/s/ Tracy J. Willi
Tracy J. Willi